NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALL ONE GOD FAITH, INC., dba Dr. Bronner's Magic Soaps,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, CP KELCO U.S., INC.,**
*Defendants-Appellees*

---

2023-1078, 2023-1081

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, and 1:20-cv-00164-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

**O R D E R**

The United States moves unopposed to withdraw Kelly A. Krystyniak and substitute Elisa S. Solomon as its principal counsel in these appeals (ECF No. 18), submits a corrected out of time entry of appearance (ECF No. 19), moves to amend the caption to reflect the United States' participation as appellee (ECF No. 20), and moves out of time for an unopposed extension of time until May 3, 2023 to file its response brief (ECF No. 21).*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The corrected entry of appearance is accepted for filing, and the official caption is revised to reflect the United States' participation.

(2) The United States' docketing statement is due no later than seven days from the date of filing of this order.

(3) The United States' response brief is due no later than May 3, 2023.

FOR THE COURT

March 9, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

---

* The United States' prior motion for an extension of time (ECF No. 15) is superseded by ECF No. 21, and thus no action will be taken on ECF No. 15.