**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| ALL ONE GOD FAITH, INC., dba Dr. Bronner's Magic Soaps, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC, | : <br> : <br> : <br> : <br> : Appeal Nos. 23-1078, 23-1081 |
| Plaintiffs-Appellants, | : <br> : |
| v. | : <br> : |
| UNITED STATES, CP KELCO U.S., INC., | : <br> : |
| Defendants-Appellees. | : <br> : |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Pursuant to Fed. Cir. R. 47.3(c), Elisa S. Solomon, principal counsel for defendant-appellee, the United States, respectfully provides this notice of her withdrawal from the above-captioned matter. On September 25, 2023, undersigned counsel will be transferring to a trial attorney position with the U.S. Securities and Exchange Commission and will be departing from the Department of Justice on September 23, 2023. Luke Mathers will be taking over as defendant-appellee's principal counsel and will submit an entry of appearance, and requests that all papers in connection with this action be referred to Mr. Mather's attention.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

PATRICIA M. McCARTHY
Director

<u>/s/ Justin R. Miller</u>
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

<u>/s/ Elisa S. Solomon</u>
ELISA S. SOLOMON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant-Appellee United States*

Dated: September 21, 2023
New York, New York