NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALL ONE GOD FAITH, INC., dba Dr. Bronner's Magic Soaps,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, CP KELCO U.S., INC.,**
*Defendants-Appellees*

---

2023-1078, 2023-1081

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, and 1:20-cv-00164-GSK, Judge Gary S. Katzmann.

---

**O R D E R**

Elisa S. Solomon notifies the court of her withdrawal as principal counsel for the United States and states that Luke Mathers will be substituted as principal counsel in the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

Elisa S. Solomon is withdrawn as counsel for the United States. Within seven days from the date of entry of this order, Mr. Mathers is directed to file an entry of appearance reflecting his status as principal counsel.

FOR THE COURT

October 2, 2023
Date

Jarrett B. Perlow
Clerk of Court