NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALL ONE GOD FAITH, INC., dba Dr. Bronner's Magic Soaps,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, CP KELCO U.S., INC.,**
*Defendants-Appellees*

---

2023-1078, 2023-1081

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, and 1:20-cv-00164-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

The United States moves to stay the above-captioned appeals until 30 days after the date "when all appeals or the possibility of appeals are foreclosed," in *Royal Brush Manufacturing, Inc. v. United States*, Appeal No. 2022-1226, ECF No. 48 at 3. No opposition to the motion has been filed.

The United States asserts that "[t]he decision in *Royal Brush* is potentially pertinent to" and "may potentially affect the legal issues before the Court in th[ese] appeal[s]," ECF No. 48 at 7.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that further proceedings in these appeals are stayed. Within 14 days of the Supreme Court's resolution of any petition for a writ of certiorari or the expiration of the time to seek certiorari if no such petition is filed in Appeal No. 2022-1226, the parties are directed to inform this court as to how they believe these appeals should proceed.

(2) The Clerk of Court shall forward a copy of this order to the merits panel assigned to Appeal No. 2022-1226.

FOR THE COURT

October 17, 2023
Date

Jarrett B. Perlow
Clerk of Court