NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALL ONE GOD FAITH, INC., dba Dr. Bronner's Magic Soaps,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, CP KELCO U.S., INC.,**
*Defendants-Appellees*

---

2023-1078, 2023-1081

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, and 1:20-cv-00164-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

**O R D E R**

The United States moves for leave to enter the appearance of Ashley Akers as its principal counsel in the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. ECF No. 51-2 is accepted for filing as Ms. Akers' entry of appearance as principal counsel.

FOR THE COURT

October 18, 2023
Date

Jarrett B. Perlow
Clerk of Court