NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ALL ONE GOD FAITH, INC., DBA DR. BRONNER'S MAGIC SOAPS,**
*Plaintiff*

**GLOB ENERGY CORP., ASCENSION CHEMICALS LLC, UMD SOLUTIONS LLC, CRUDE CHEM TECHNOLOGY LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**CP KELCO U.S., INC.,**
*Defendant*

_____

2023-1078, 2023-1081

_____

Appeals from the United States Court of International Trade in Nos. 1:20-cv-00160-GSK, 1:20-cv-00161-GSK, 1:20-cv-00162-GSK, 1:20-cv-00163-GSK, 1:20-cv-00164-GSK, Judge Gary S. Katzmann.

_____

**ON MOTION**
_____

Before MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The United States moves for leave to file an entry of appearance for Antonia R. Soares in place of current principal counsel Ashley Akers who is withdrawing from the appeal. The motion states that CP Kelco U.S., Inc. consents to the request and the appellants take no position.

CP Kelco moves to withdraw as a party to this appeal. The motion states that the United States consents to the request and the appellants no position. It is the court's practice to include in the official caption all parties participating at the originating tribunal even if they are not participating in the appeal any longer. *See* Practice Note to Federal Circuit Rule 12.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above. Ms. Akers is withdrawn. The entry of appearance for Ms. Soares is accepted for filing.

FOR THE COURT

February 19, 2025
Date

Jarrett B. Perlow
Clerk of Court